997 So.2d 1279 (2009)
Charlene BLACKSHAR, Appellant,
v.
AMERICAN COACH LINES OF MIAMI and Florida Unemployment Appeals Commission, Appellee.
No. 3D07-2023.
District Court of Appeal of Florida, Third District.
January 7, 2009.
Charlene Blackshar, in proper person.
John D. Maher, Tallahassee, for appellee.
Before CORTIÑAS, and SALTER, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Robinson v. Sun Bank & Trust Co., 685 So.2d 1325 (Fla. 2d DCA 1996).